UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS SANCHEZ-MURILLO,<br><br>Plaintiff<br><br>v.<br><br>TASHEENA D. COOKE, et al.,<br><br>Defendant | Case No. 3:24-cv-00350-MMD-CSD<br><br>**ORDER** |

On September 18, 2024, the Court entered a docket entry noting that the Nevada Department of Corrections had completed a change of custody levels at High Desert State Prison and Ely State Prison. (ECF No. 5). In light of the significant movement of inmates, and in the interest of judicial economy, the Court added the law library at High Desert State Prison to receive notices for inmates who were previously incarcerated at Ely State Prison. (*Id.*). However, the Court also noted that inmates must file a written notice of their change of address within 60 days. (*Id.*) Plaintiff has not filed a notice of his current address.

The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* The Court now directs Plaintiff to file his updated address on or before **February 10, 2025**. If Plaintiff does not file his updated address with the Court with by **February 10, 2025**, this action will be subject to dismissal without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the Court on or before **February 10, 2025**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number when Plaintiff is able to provide his current address to the Court.

DATED THIS 10th day of January 2025.

_____
UNITED STATES MAGISTRATE JUDGE